UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS VERN HULSTEDT,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. 22-cv-07439-HSG<br><br>**ORDER PROHIBITING FURTHER FILINGS UNTIL THE COURT ISSUES AN ORDER ON THE MOTIONS TO DISMISS** |

Defendants filed motions to dismiss on November 30, 2022. Dkt. Nos. 8, 12. The briefing deadlines for the motions have passed. Since Defendants filed their motions, Plaintiff has filed numerous documents and motions that have no basis in the law or local rules. *See, e.g.*, Dkt. Nos. 27–28, 32–37. The Court will complete its review of the motions to dismiss in due time. Until the Court issues an order on the motions to dismiss, the Court **ORDERS** Plaintiff not to file any documents, motions, or briefs in this case. This order does not preclude Plaintiff from filing an opposition to the motion to dismiss in related Case No. 22-cv-6688 by the January 4, 2023 deadline. Failure to comply with this order will be grounds for the imposition of sanctions. The Clerk is directed not to accept further filings from Plaintiff in this case until the Court issues an order on the motions to dismiss.

**IT IS SO ORDERED.**

Dated: 12/22/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge