IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS VERN HULSTEDT,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**THOMAS OSTLY, et al.,**<br><br>　　　　　　　　　　　　Defendants. | Case No. 4:22-cv-07439-HSG<br><br>**ORDER ON REQUEST FOR REMOTE APPEARANCE AT HEARING ON DEFENDANTS STATE OF CALIFORNIA, ROB BONTA AND THOMAS OSTLY'S MOTION TO DISMISS COMPLAINT (AS MODIFIED)**<br>Date:　　March 2, 2023<br>Time:　　2:00 p.m.<br>Place:　　Courtroom 2, 4th Floor<br>Judge:　　Hon. Haywood S. Gilliam, Jr.<br><br>Trial Date:　　Not Set<br>Action Removed:　　November 23, 2022 |

　　Having read and considered the request by counsel for Defendants State of California, Attorney General Rob Bonta, and Deputy Attorney General Thomas Ostly (hereinafter collectively State of California Defendants) to appear remotely at the hearing on their motion to dismiss (Dkt. 12), scheduled for March 2, 2023, at 2:00 p.m. (Dkt. 40), and for good cause appearing,

/ / /

/ / /

1

1 | IT IS ORDERED that the request is GRANTED and the parties are granted leave to appear remotely at the hearing. Counsel shall use the following dial-in information to access the call:

Dial-In: 888-808-6929/Passcode: 6064255.

For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines. The parties are further advised to ensure that the Court can hear and understand them clearly before speaking at length.

**IT IS SO ORDERED.**

Dated: 2/16/2023

*Haywood S. Gilliam Jr.*
The Honorable Haywood S. Gilliam, Jr.