UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

www.cand.uscourts.gov

Mark B. Busby  
Clerk of Court

General Court Number  
415-522-2000

May 19, 2023

Alameda County Superior Court
Civil Small Claims
1225 Fallon Street
Oakland, CA 94612

RE:  Douglas Vern Hulstedt v.  State of California, et al.
    22-cv-07439-HSG

Your Case Number:  22SC018927

Dear Clerk,

   Pursuant to an order remanding the above captioned case to your court, please find enclosed a certified copy of docket entries and the remand order.

   Please send an acknowledgement of receipt of these documents to maria_loo@cand.uscourts.gov.

Sincerely,

Mark B. Busby, Clerk

by:  Maria Loo
Case Systems Administrator